# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDermott, John E. | District Court - Los Angeles | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge(FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
831 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Deloitte retirement annuity and return of previously untaxed capital (deferred income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo,various accounts | A | Interest | K | T | | | | | |
| 2. Bank of America, various accounts | A | Interest | K | T | | | | | |
| 3. JP Morgan Chase, account | A | Interest | J | T | | | | | |
| 4. Deloitte, capital account | E | Interest | O | T | | | | | |
| 5. Prudential Insurance, whole life | | None | J | T | | | | | |
| 6. Symetra Inv Services 403b, cash account | C | Interest | M | T | | | | | |
| 7. Western National Life Insurance company, IRA | A | Interest | K | T | | | | | |
| 8. Note Receivable from Brandon Martinez | A | Interest | J | T | | | | | |
| 9. Mutual Funds (open header) | | | | | | | | | |
| 10. MFB Northern Funds Bd Index FD | E | Int./Div. | P1 | T | | | | | |
| 11. | | | | | Buy (add'l) | 01/17/14 | M | | |
| 12. | | | | | Sold (part) | 02/20/14 | J | A | |
| 13. | | | | | Buy (add'l) | 01/21/14 | L | | |
| 14. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 15. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 16. | | | | | Sold (part) | 10/02/14 | J | A | |
| 17. | | | | | Buy (add'l) | 10/16/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/20/14 | M | | |
| 19. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 20. | | | | | Buy (add'l) | 12/22/14 | L | | |
| 21. MFB Northern Fds Global Real Estate Index Fd | C | Int./Div. | M | T | | | | | |
| 22. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 23. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 24. | | | | | Sold (part) | 02/20/14 | J | A | |
| 25. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 26. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 27. | | | | | Sold (part) | 10/02/14 | J | A | |
| 28. | | | | | Sold (part) | 10/16/14 | J | A | |
| 29. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 30. MFB Northern Funds Small Cap Index Fd | B | Int./Div. | L | T | | | | | |
| 31. | | | | | Sold (part) | 01/17/14 | J | A | |
| 32. | | | | | Sold (part) | 01/21/14 | J | A | |
| 33. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 34. | | | | | Buy (add'l) | 09/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/02/14 | J | A | |
| 36. | | | | | Sold (part) | 11/20/14 | J | A | |
| 37. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 38. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 39. | | | | | Sold (part) | 12/22/14 | J | A | |
| 40. MFB Northern Fds Stk Index Fd | E | Int./Div. | O | T | | | | | |
| 41. | | | | | Sold (part) | 01/17/14 | K | D | |
| 42. | | | | | Sold (part) | 01/21/14 | K | D | |
| 43. | | | | | Sold (part) | 02/20/14 | K | C | |
| 44. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 45. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 46. | | | | | Sold (part) | 10/02/14 | J | B | |
| 47. | | | | | Buy (add'l) | 10/16/14 | L | | |
| 48. | | | | | Buy (add'l) | 11/20/14 | K | | |
| 49. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 50. | | | | | Sold (part) | 12/22/14 | J | A | |
| 51. MFB Northern Funds Emerging Mkts Eqty Index Fd | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/21/14 | J | A | |
| 53. | | | | | Sold (part) | 02/20/14 | L | A | |
| 54. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 55. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 56. | | | | | Sold (part) | 10/02/14 | J | A | |
| 57. | | | | | Sold (part) | 10/16/14 | L | A | |
| 58. | | | | | Sold (part) | 12/22/14 | L | A | |
| 59. MFB Northern Hi Yield Fxd Inc Fd | E | Int./Div. | N | T | | | | | |
| 60. | | | | | Sold (part) | 01/17/14 | J | A | |
| 61. | | | | | Sold (part) | 01/21/14 | J | A | |
| 62. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 63. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 64. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 65. | | | | | Sold (part) | 10/02/14 | J | A | |
| 66. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 67. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 68. | | | | | Sold (part) | 12/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFB Northern Intl Eqty Index Fd | E | Int./Div. | O | T | | | | | |
| 70. | | | | | Buy (add'l) | 01/17/14 | L | | |
| 71. | | | | | Buy (add'l) | 01/21/14 | L | | |
| 72. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 73. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 74. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 75. | | | | | Sold (part) | 10/02/14 | J | A | |
| 76. | | | | | Sold (part) | 10/16/14 | M | D | |
| 77. | | | | | Sold (part) | 11/20/14 | M | E | |
| 78. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 79. MFB Northern Mid Cap Index fd | B | Int./Div. | M | T | | | | | |
| 80. | | | | | Sold (part) | 01/17/14 | J | B | |
| 81. | | | | | Sold (part) | 01/21/14 | J | B | |
| 82. | | | | | Sold (part) | 02/20/14 | J | A | |
| 83. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 84. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 85. | | | | | Sold (part) | 10/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 10/16/14 | K | | |
| 87. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 88. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 89. | | | | | Sold (part) | 12/22/14 | J | B | |
| 90. MFB Flexshares Tr Morningstar Glbl Upstream Nat Res Index Fd | C | Int./Div. | M | T | | | | | |
| 91. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 92. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 93. | | | | | Sold (part) | 02/20/14 | J | A | |
| 94. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 95. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 96. | | | | | Sold (part) | 10/02/14 | J | A | |
| 97. | | | | | Sold (part) | 10/16/14 | K | A | |
| 98. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 99. MFB Flexshares Tr Iboxx 3 Yr target Duration Tips Index Fd | B | Int./Div. | M | T | | | | | |
| 100. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 101. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 102. | | | | | Sold (part) | 02/20/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 104. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 105. | | | | | Sold (part) | 10/02/14 | J | A | |
| 106. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 107. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 108. MFC Ishares Intermediate Credit(CIU) | D | Int./Div. | | | | | | | |
| 109. | | | | | Sold (part) | 01/17/14 | M | A | |
| 110. | | | | | Sold | 01/21/14 | L | A | |
| 111. MFB Northern Fds Ultra Short Fxd Inc Fd | A | Int./Div. | L | T | | | | | |
| 112. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 113. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 114. | | | | | Sold (part) | 02/20/14 | J | A | |
| 115. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 116. | | | | | Sold (part) | 10/02/14 | J | A | |
| 117. | | | | | Sold | 10/16/14 | L | A | |
| 118. MFC Flexshares Tr Stoxx Global Broad Infrastructure Index Fd Index Fd | B | Int./Div. | L | T | | | | | |
| 119. | | | | | Buy | 02/20/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 121. | | | | | Sold (part) | 10/02/14 | J | A | |
| 122. | | | | | Sold (part) | 10/16/14 | J | A | |
| 123. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 124. Vanguard Limitd Term Tax Exempt | D | Int./Div. | N | T | | | | | |
| 125. | | | | | | | | | |
| 126. Northern Money Market Fund | A | Int./Div. | M | T | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McDermott, John E. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. McDermott**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544